**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>GINEAN JACKSON<br><br>Debtor(s) | Case No. 16-02211 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/25/2016.

2) The plan was confirmed on 06/22/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/05/2018.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $13,193.20 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $13,193.20

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,410.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $598.23 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,008.23

Attorney fees paid and disclosed by debtor: $590.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 247 GREEN STREET | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Unsecured | 8,305.00 | NA | NA | 0.00 | 0.00 |
| Acceptance Now | Secured | 8,305.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Rec | Unsecured | 871.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 42.00 | 1,083.29 | 1,083.29 | 37.02 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | NA | 1,482.79 | 1,482.79 | 50.68 | 0.00 |
| CBE GROUP | Unsecured | 763.30 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 200.00 | 707.60 | 707.60 | 16.29 | 0.00 |
| COLLEGE ASSIST | Unsecured | 23,830.00 | 43,910.73 | 43,910.73 | 0.00 | 0.00 |
| ECMC | Unsecured | 12,783.00 | 10,558.97 | 10,558.97 | 0.00 | 0.00 |
| FEB RATAIL | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut/Webbank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Focus Receivables Mana | Unsecured | 642.00 | NA | NA | 0.00 | 0.00 |
| FRONTLINE ASSET | Unsecured | 1,201.92 | NA | NA | 0.00 | 0.00 |
| GBS/FIRST ELECTRONIC B | Unsecured | 1,976.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 2,730.00 | 2,409.08 | 2,409.08 | 95.72 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 2,730.00 | NA | NA | 0.00 | 0.00 |
| HINCKLEY SPRINGS | Unsecured | 428.51 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 924.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 39,000.00 | 22,568.00 | 22,568.00 | 896.64 | 0.00 |
| INTEGRITY FINANCIAL PARTNERS | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| JC CHRISTENSEN & ASSOC | Unsecured | 2,403.12 | NA | NA | 0.00 | 0.00 |
| JC PENNEY | Unsecured | 1,361.23 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,675.00 | 1,675.70 | 1,675.70 | 57.27 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| OMEGA RMS | Unsecured | 2,786.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 576.00 | 775.57 | 775.57 | 17.86 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Unsecured | 698.21 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRESTIGE FINANCIAL SVC | Secured | 8,500.00 | 20,159.85 | 8,850.00 | 6,788.68 | 775.47 |
| PRESTIGE FINANCIAL SVC | Unsecured | 9,850.19 | 0.00 | 11,309.85 | 449.34 | 0.00 |
| RECEIVABLES PERFORMANCE | Unsecured | 802.00 | NA | NA | 0.00 | 0.00 |
| RESOURCE BANK | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Rgs Financial | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| ROBERT J SEMRAD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 894.00 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin Assoc | Unsecured | 2,555.81 | NA | NA | 0.00 | 0.00 |
| Tate & Kirlin Assoc | Unsecured | 1,546.94 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 334.22 | 334.22 | 0.00 | 0.00 |
| TRI STATE FINANCIAL INC | Unsecured | 650.06 | NA | NA | 0.00 | 0.00 |
| UMASS LOWELL | Unsecured | 2,285.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF ED NELNET | Unsecured | 18,599.00 | 43,157.06 | 43,157.06 | 0.00 | 0.00 |
| US DEPT OF EDUCATION NELNET | Unsecured | 4,184.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION NELNET | Unsecured | 23,830.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION NELNET | Unsecured | 18,599.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION NELNET | Unsecured | 5,650.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION NELNET | Unsecured | 2,750.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION NELNET | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 7,646.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 4,077.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION/NELNET | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HILLSIDE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MELROSE PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,850.00 | $6,788.68 | $775.47 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,850.00** | **$6,788.68** | **$775.47** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$139,972.86** | **$1,620.82** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,008.23 |
| Disbursements to Creditors | $9,184.97 |
| **TOTAL DISBURSEMENTS** : | **$13,193.20** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/19/2018           By:/s/ Tom Vaughn
                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**